STATE OF NEW JERSEY v. ISMAEL BURGOS.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. JAMES.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH CLARK.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILSON RODRIGUEZ.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH NANCE.

June 21, 1988.

Petition for certification denied.